**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14.  ISAAC VIGIL,

    Defendant.

---

**AMENDED
MINUTE ORDER[1]**

---

    The matter is before the court *sua sponte*.  On March 22, 2011, the court entered a **Minute Order** [#254] setting this matter for a change of plea hearing on April 13, 2011, at 11:00 a.m.  The court has a sentencing hearing on this date at 11:00 a.m., and the change of plea hearing should have been set for 1:30 p.m., with Criminal Action No. 10-cr-00312-REB, *USA v. Wandell*.  Therefore, the **Minute Order** [#254] should be amended to reflect the correct time of the change of plea hearing.

    **THEREFORE, IT IS ORDERED** that the court's **Minute Order** [#254] entered March 22, 2011, is **AMENDED** to reflect that the change of plea hearing set for April 13, 2011, is set for **1:30 p.m.**

    Dated:  March 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.