**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB-14

UNITED STATES OF AMERICA,

      Plaintiff,

v.

10.  ISAAC VIGIL,

      Defendants.

---

**MINUTE ORDER**[1]

---

      Due to a conflict that has arisen on the court's calendar, the jury trial in 09-cv-02977-REB-KLM, Iowa Pacific Holdings, LLC v. National Railroad Passenger Corporation, will extend into Wednesday, July 6, 2011, the sentencing hearing set for July 6, 2011, should be vacated and reset.

      **THEREFORE, IT IS ORDERED** that the sentencing hearing set for July 6, 2011, is **VACATED** and is **CONTINUED** to **July 8, 2011**, at 2:30 p.m.

      Dated:  June 29, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.